IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| OLIVIA A. ADAMS, ESQUIRE,<br>　　　　　Plaintiff,<br><br>v.<br><br>JAMES MURRAY LYNN, et al.,<br>　　　　　Defendants. | Civil Action No. 09-5908 |

**ORDER**

August 9, 2010　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Pollak, J.

**AND NOW**, this 9th day of August, 2010, for the reasons stated in the foregoing memorandum, it is hereby **ORDERED** as follows:

(1) The motion to dismiss filed by defendants (docket no. 8) is **GRANTED**; and

(2) The complaint is **DISMISSED WITH PREJUDICE**.

　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　/s/ Louis H. Pollak
　　　　　　　　　　　　　　　　　　　　　　　Pollak, J.